United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

KIMBERLY THORNTON,
Plaintiff,
v.
MINDVALLEY, INC.,
Defendant.

Case No. 24-cv-00593-BLF

**ORDER ADMONISHING DEFENDANT REGARDING COMPLIANCE WITH STANDING ORDERS**

[Re: ECF No. 18]

Defendant Mindvalley, Inc., has submitted a motion to dismiss that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The Court will accept the nonconforming filing and DIRECTS Defendant to comply with the Court's standing order for all future filings.

Dated: August 9, 2024

BETH LABSON FREEMAN
United States District Judge