United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

KIMBERLY THORNTON, et al.,
Plaintiffs,
v.
MINDVALLEY, INC.,
Defendant.

Case No. 24-cv-00593-BLF

**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**

[Re: ECF No. 18]

The Motion to Dismiss filed by Defendant Mindvalley, Inc. and set for hearing on September 15, 2024 is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: May 7, 2024

BETH LABSON FREEMAN
United States District Judge