Eric S. Dwoskin, admitted *pro hac vice* (edwoskin@dwowas.com)
DWOSKIN WASDIN LLP
433 Plaza Real, Suite 275
Boca Raton, Florida 33432
Phone: 561-849-8060

Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367(kevin@eko.law)
ERICKSON KRAMER OSBORNE LLP
44 Tehama Street
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

EILEEN R. RIDLEY, CA Bar No. 151735
eridley@foley.com
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Phone: 415-434-4484
Fax: 415-434-4507

*(See additional counsel on signature page)*

*Attorneys for Defendant Mindvalley, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA GOOIKER, WILLIAM FINLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MINDVALLEY, INC.,<br><br>Defendants. | Case No. 5:24-cv-00593-NW<br><br>JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY AND EXTENSION OF DEADLINES<br><br>[CIV. L.R. 6-2]<br><br>The Hon. Noël Wise<br><br>Courtroom: 3 |

The Parties, Plaintiffs PATRICIA GOOIKER and WILLIAM FINLEY ("Plaintiffs") and Defendant MINDVALLEY, INC. ("Mindvalley" or "Defendant"), submit this joint notice of settlement and stipulated request pursuant to Local Rule 6-2 for an order staying this litigation and continuing all deadlines presently set in this matter by 180 days.

Through mediations facilitated by the Honorable Ellen James, Plaintiffs and Mindvalley reached a final settlement agreement, which was fully executed on March 11, 2025, that would resolve the claims in this litigation on a class-wide basis, subject to the Court's approval.

On March 13, 2025, the Parties contacted the Court's courtroom deputy to reserve a hearing date for Plaintiffs' forthcoming motion for preliminary approval. The Parties were informed that, as the Court is still in the process of rescheduling motion hearings pursuant to reassignment orders, it is not presently setting hearing dates on new motions but that the courtroom deputy will provide proposed hearing dates once authorized by the Court.

To avoid any unnecessary waste of judicial or party resources, the Parties jointly and respectfully request that the Court stay this litigation in its entirety and continue all presently-set deadlines by 180 days, including the March 17, 2025 deadline to file a joint case management statement (ECF 77).

The Parties previously stipulated to extend Mindvalley's deadline to answer the operative complaint. ECF 79. The Court has not yet entered an order on that stipulation, but given their execution of a settlement agreement and Plaintiffs' forthcoming motion for preliminary approval, the Parties do not believe an answer to the operative complaint is necessary at this stage. If the Court grants the Parties' requests herein, the stipulation will be moot in any event.

The Parties respectfully reiterate their request to reserve a hearing date for Plaintiffs' forthcoming motion for preliminary approval as soon as possible. The settlement agreement contemplates that Mindvalley will make certain changes to function and design of its website that will benefit the putative class, once the agreement is approved by the Court.

The Parties thank the Court for its attention to this matter.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 14, 2025

DWOSKIN WASDIN LLP
By: /s/ Eric S. Dwoskin
Eric S. Dwoskin

Julie C. Erickson
Elizabeth A. Kramer
Kevin M. Osborne
ERICKSON KRAMER OSBORNE LLP
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*Attorneys for Plaintiffs*
*PATRICIA GOOIKER and WILLIAM FINLEY*

Dated: March 14, 2025

FOLEY & LARDNER LLP
By: /s/ John J. Atallah
John J. Atallah

*Attorneys for Defendant*
*MINDVALLEY, INC.*

ADDITIONAL COUNSEL FOR DEFENDANT MINDVALLEY, INC.

JOHN J. ATALLAH, CA Bar No. 294116
jatallah@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: 213.972.4500
Fax: 213.486.0065

## **E-FILING ATTESTATION**

I, Julie C. Erickson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 14, 2025

*/s/ Julie C. Erickson*
Julie C. Erickson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March 2025, the foregoing **JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY AND EXTENSION OF DEADLINES** was filed and served using the CM/ECF system, which will serve as notification of such filings on all counsel of record.

*/s/ Julie C. Erickson*

Julie C. Erickson
ERICKSON KRAMER OSBORNE LLP
44 Tehama St.
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088
julie@eko.law

*Attorneys for Plaintiffs and the Putative Class*