EILEEN R. RIDLEY, CA Bar No. 151735
eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOHN J. ATALLAH, CA Bar No. 294116
jatallah@foley.com
ANUM AMIN, CA Bar No. 319662
aamin@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant Mindvalley, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PATRICIA GOOIKER, WILLIAM FINLEY, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

MINDVALLEY, INC.,

Defendant.

Case No. 5:24-cv-00593-NW

**DEFENDANT'S NOTICE OF COMPLIANCE WITH NOTICE OF PROPOSED SETTLEMENT OBLIGATIONS UNDER THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

Case Filed: January 31, 2024
Complaint Filed: February 6, 2024
Amended Complaint Filed: April 29, 2024

District Judge: Hon. Nöel Wise

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant Mindvalley, Inc. ("Mindvalley") hereby confirms that it has timely served notice of the proposed settlement in this lawsuit upon those who are entitled to such notice pursuant to CAFA. Mindvalley's CAFA Notice was served on March 24, 2025, upon the Attorney General of the United States, the Attorney General for the District of Columbia, all State Attorneys General, and the Attorneys General for American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands, via FedEx, Certified Mail, or email (solely in those instances where electronic service is preferred by the recipient office). The CAFA notice contained the documents and information required by 28 U.S.C. § 1715(b).

DATED: March 26, 2025

**FOLEY & LARDNER LLP**
Eileen R. Ridley
John J. Atallah
Anum Amin

*/s/ John J. Atallah*
JOHN J. ATALLAH
Attorneys for Defendant Mindvalley, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed **DEFENDANT'S NOTICE OF COMPLIANCE WITH NOTICE OF PROPOSED SETTLEMENT OBLIGATIONS UNDER THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on March 26, 2025, at Los Angeles, California.

*_/s/ John J. Atallah_*
John J. Atallah