EILEEN R. RIDLEY, CA Bar No. 151735
eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOHN J. ATALLAH, CA Bar No. 294116
jatallah@foley.com
ANUM AMIN, CA Bar No. 319662
aamin@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant Mindvalley, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA GOOIKER, WILLIAM FINLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MINDVALLEY, INC.,<br><br>Defendant. | Case No. 5:24-cv-00593-NW<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF RULE 23(B)(2) CLASS ACTION SETTLEMENT**<br><br>Date: April 16, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>Case Filed: January 31, 2024<br>Complaint Filed: February 6, 2024<br>Amended Complaint Filed: April 29, 2024<br><br>District Judge: Hon. Nöel Wise |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Mindvalley, Inc. ("Defendant") does not oppose Plaintiffs Patricia Gooiker and William Finley's Motion for Preliminary Approval of Rule 23(b)(2) Class Action Settlement filed on March 18, 2025 (ECF No. 82), that is scheduled for hearing before this Court on April 16, 2025 at 9:00 a.m. However, Defendant expressly denies liability and reserves all defenses as to Plaintiffs' claim and allegations, and further reserves all objections and arguments as to the certifiability of Plaintiffs' proposed class in the event the Court denies Plaintiffs' Motion for Preliminary Approval or ultimately denies final approval of the settlement presented in Plaintiffs' Motion.

DATED: April 1, 2025

**FOLEY & LARDNER LLP**
Eileen R. Ridley
John J. Atallah
Anum Amin

*/s/ John J. Atallah*
JOHN J. ATALLAH
Attorneys for Defendant Mindvalley, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2025, I electronically filed **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF RULE 23(B)(2) CLASS ACTION SETTLEMENT**with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on April 1, 2025, at Los Angeles, California.

*/s/ John J. Atallah*
John J. Atallah