EILEEN R. RIDLEY, CA Bar No. 151735
eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOHN J. ATALLAH, CA Bar No. 294116
jatallah@foley.com
ANUM AMIN, CA Bar No. 319662
aamin@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant Mindvalley, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PATRICIA GOOIKER, WILLIAM FINLEY, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

MINDVALLEY, INC.,

Defendant.

Case No. 5:24-cv-00593-NW

**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF RULE 23(B)(2) CLASS ACTION SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

Date: August 20, 2025
Time: 9:00 a.m.
Courtroom: 3

Case Filed: January 31, 2024
Complaint Filed: February 6, 2024
Amended Complaint Filed: April 29, 2024

District Judge: Hon. Noël Wise

Defendant Mindvalley, Inc. ("Defendant") has reviewed and does not oppose Plaintiffs Patricia Gooiker and William Finley's ("Plaintiffs") Motion for Final Approval of Rule 23(b)(2) Class Action Settlement, Service Awards, and Attorneys' Fees and Costs filed on May 27, 2025 (ECF No. 90), that is scheduled for hearing before this Court on August 20, 2025 at 9:00 a.m.

DATED: June 10, 2025

**FOLEY & LARDNER LLP**
Eileen R. Ridley
John J. Atallah
Anum Amin

*/s/ John J. Atallah*
JOHN J. ATALLAH
Attorneys for Defendant Mindvalley, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I electronically filed **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF RULE 23(B)(2) CLASS ACTION SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

*/s/ John J. Atallah*
John J. Atallah