# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GOOIKER, WILLIAM FINLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MINDVALLEY, INC.,<br><br>Defendant. | Case No. 5:24-cv-00593-NW<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO APPEAR VIA ZOOM AT FINAL FAIRNESS HEARING**<br><br>Date:    August 20, 2025<br>Time:   9:00 a.m.<br>Crtrm:  3<br><br>Case Filed: January 31, 2024<br>Complaint Filed: February 6, 2024<br>Amended Complaint Filed: April 29, 2024<br><br>District Judge: Hon. Noël Wise |

**[PROPOSED]** ORDER

Having considered Plaintiffs PATRICIA GOOIKER and WILLIAM FINLEY ("Plaintiffs") and Defendant MINDVALLEY, INC.'s ("Mindvalley") (together, the "Parties") Joint Administrative Motion to appear via Zoom at the Final Fairness Hearing currently scheduled to proceed on August 20, 2025, at 9:00 a.m., and good cause appearing, the Court hereby orders:

Counsel for the Parties are permitted to appear at the August 20, 2025, hearing by videoconference using the Zoom link on the Court's website.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. [Noël Wise]
United States District Judge



GRANTED
Judge Noël Wise